United States District Court
Southern District of Texas
**ENTERED**
October 15, 2021
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# VICTORIA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| v. | § | Criminal Action No. 6:21-cr-00121-3 |
| | § | |
| **ADRIAN KEVIN CAMPBELL** | § | |

## ORDER

Before the Court are two "Motions to Dismiss" filed by *pro se* Defendant Adrian Kevin Campbell. (Dkt. No. 130); (Dkt. No. 135). Campbell again asks the Court to dismiss his criminal charges for lack of subject matter jurisdiction. He also asserts other frivolous arguments that are commonly associated with the uniformly rejected "sovereign citizen" movement. *See Watson v. Tex. State Univ.*, 829 F. App'x 686 (5th Cir. 2020) (per curiam). For example, Campbell claims that he revoked and denied "consent to be represented and govern[ed] by the federal United States." (Dkt. No. 130 at 2). In the last week alone, the Court has repeatedly rejected Campbell's frivolous arguments. *See* (Dkt. No. 125); (Dkt. No. 131); (Dkt. No. 132); (Dkt. No. 133). Once again, Campbell's arguments are without any basis in law. Accordingly, the Court **DENIES** Campbell's "Motions to Dismiss." (Dkt. No. 130); (Dkt. No. 135).

It is SO ORDERED.

Signed on October 15, 2021.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**