United States District Court
Southern District of Texas
**ENTERED**
November 01, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal Action No. 6:21-cr-000121-3 |
| | § | |
| ADRIAN KEVIN CAMPBELL | § | |

## ORDER

Before the Court is *pro se* Defendant Adrian Kevin Campbell's motion requesting the Court "cease and desist" jurisdiction over him and this criminal case because he does not consent. (Dkt. No. 148). Campbell again asserts frivolous arguments that are commonly associated with the uniformly rejected "sovereign citizen" movement. *See Watson v. Tex. State Univ.*, 829 F. App'x 686 (5th Cir. 2020) (per curiam). These arguments are without any basis in law. Accordingly, the Court **DENIES** Campbell's motion. (Dkt. No. 148).

To be clear, these arguments are frivolous as the Court made clear in an in person hearing with the Defendant. During that hearing, the Defendant informed the Court that he would stop filing motions that had been repeatedly addressed by the Court. Unfortunately, the Defendant did not keep his word. The Defendant has filed motions on this same topic as many as 17 times now. The Court informed the Defendant that he would be sanctioned if he continues to do so.

It is SO ORDERED.

Signed on November 1, 2021.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**