United States District Court
Southern District of Texas
**ENTERED**
November 19, 2021
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal Action No. 6:21-cr-000121-3 |
| | § | |
| ADRIAN KEVIN CAMPBELL | § | |

## ORDER

Pending before the Court is *pro se* Defendant Adrian Kevin Campbell's "Motion [for] the Court to Use the Accepted and Endorsed Presentment to Discharge the Charges, Zero the Balance and Close the Account, Immediately."  (Dkt. No. 178).   Campbell attaches a copy of the superseding indictment with the handwritten sentence "accepted and return[ed] for settlement and closure" alongside his signature.  (*Id.* at 3).  He asks the Court to accept this "endorsed" indictment as "settling the account/case, discharging the obligations and zeroing the balance" in this "commercial dispute" with the Government. (*Id.* at 1).

These arguments, which are commonly associated with the "sovereign citizen" movement, are without any basis in law.  *See Watson v. Tex. State Univ.*, 829 F. App'x 686 (5th Cir. 2020) (per curiam).  This is a criminal case, not a civil case, and Campbell is under indictment.  (Dkt. No. 54); (Dkt. No. 76).   Trial is currently set for January 10, 2022. Accordingly, the Court **DENIES** Campbell's motion.  (Dkt. No. 178).

It is SO ORDERED.

Signed on November 19, 2021.

**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**